

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | Criminal No. 18cr10229 |
|---|---|---|
| | ) | |
| | ) | VIOLATIONS: |
| v. | ) | |
| | ) | **Count One**: 18 U.S.C. § 1542 |
| | ) | Use of Fraudulently Obtained Passport |
| | ) | |
| JOHN DOE, | ) | **Counts Two - Three**: |
| | ) | 42 U.S.C. § 408(a)(7)(B) |
| Defendant. | ) | Misuse of Social Security Number |
| | ) | |
| | ) | **Count Four**: |
| | ) | 18 U.S.C. § 641 |
| | ) | Theft of Public Funds |
| | ) | |
| | ) | **Counts Five - Six**: |
| | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |
| | ) | |
| | ) | **Criminal Forfeiture Allegations** |
| | ) | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6), and |
| | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

### COUNT ONE: 18 U.S.C. § 1542
(Use of a Passport Obtained Through False Statements)

The Grand Jury charges that:

On or about February 27, 2010, in the District of Massachusetts,

JOHN DOE,

defendant herein, did willfully and knowingly use passport No. 308885971, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefor, to wit: that Social Security Number xxx-xx-9645 had been

assigned to him, which said passport JOHN DOE used to gain entry into the United States at Boston, Massachusetts.

All in violation of Title 18, United States Code, Section 1542.

## COUNT TWO: 42 U.S.C. § 408(a)(7)(B)
### (Misuse of Social Security Number)

The Grand Jury further charges that:

On or about November 12, 2013, in the District of Massachusetts,

JOHN DOE,

defendant herein, for any purpose, did, with intent to deceive, falsely represent during an appeal hearing on his claim for Massachusetts unemployment benefits that xxx-xx-9645 was the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE: 42 U.S.C. § 408(a)(7)(B)
### (Misuse of Social Security Number)

The Grand Jury further charges that:

On or about April 22, 2014, in the District of Massachusetts,

JOHN DOE,

defendant herein, for any purpose, did, with intent to deceive, falsely represent on a Form SSA-795, Statement of Claimant or Other Person, that xxx-xx-9645 was the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FOUR: 18 U.S.C. § 641
### (Theft of Public Funds)

The Grand Jury further charges that:

From on or about January 3, 2015, through on or about May 31, 2018, at Boston, in the District of Massachusetts,

JOHN DOE,

defendant herein, willfully and knowingly did embezzle, steal, purloin, and convert to his use and the use of another a thing of value in excess of $1,000, to wit: housing benefits paid by the United States Department of Housing and Urban Development, a department of the United States, in the value of $66,964.00, more or less.

All in violation of Title 18, United States Code, Section 641.

## COUNT FIVE: 18 U.S.C. § 1028A
## (Aggravated Identity Theft)

The Grand Jury further charges that:

On or about November 12, 2013, in the District of Massachusetts,

JOHN DOE,

defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, misuse of a social security number, in violation of 42 U.S.C. §408(a)(7)(B), as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIX: 18 U.S.C. § 1028A
## (Aggravated Identity Theft)

The Grand Jury further charges that:

On or about April 22, 2014, in the District of Massachusetts,

JOHN DOE,

defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, misuse of a social security number, in violation of 42 U.S.C. §408(a)(7)(B), as charged in Count Three.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## IMMIGRATION FRAUD FORFEITURE ALLEGATION
18 U.S.C. § 982(a)(6)

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1542, set forth in Count One of this Indictment,

JOHN DOE,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a. any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and

    b. any property, real or personal –

        (i) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or

        (ii) that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

2. If any of the property described in Paragraph 1 above as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(6), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(6).

## THEFT OF PUBLIC FUNDS FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count Four of this Indictment,

JOHN DOE,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Christine J. Wichers
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; July 19, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
HAROLD G. PUTNAM, ESQ
7.19.18 @ 3:00 pm

11